IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CURTIS L. GIBSON : CIVIL ACTION NO. 3:17-CV-0047
PLAINTIFF : (JUDGE MUNLEY)
V. :
CAPT. CROUCH, JR.; ET AL., :
DEFENDANTS :

FILED
SCRANTON
DEC 15 2017
PER [signature] DEPUTY CLERK

OTHER VARIOUS PRISON OFFICIALS THAT
WILL ENABLE THE COURT TO PROPERLY EFFECT SERVICE

PLAINTIFF/GIBSON WISHES TO SUBMIT/ADD, TO THE COURT THE ADDITIONAL INFORMATION, REGARDING THE ABOVE MENTIONED MOTION:

1. COURTS HAVE ALSO SAID THAT THEY HAVE A DUTY TO ASSIST PRO SE PLAINTIFFS IN IDENTIFYING THE CORRECT DEFENDANTS:

VALENTIN V. DINKINS 121 F.3d 72, 75 (2d CIR 1997)
DONALD V. COOK COUNTY SHERIFF'S DEPT. 95 F.3d AT 555 (TO THE EXTENT THE PLAINTIFF FACES BARRIERS TO DETERMINING THE IDENTITIES OF THE UNNAMED DEFENDANTS THE COURT MUST ASSIST THE PLAINTIFF IN CONDUCTING THE NECESSARY INVESTIGATION.
SPENCER V. DOE, 139 F.3d 107, 113 (2d CIR 1998)
MURPHY V. KELLER, 950 F.2d 290, 293 (5th CIR 1992)
SCAIFE V. BOENNE, 191 F.R.D. 590, 594 (N.D. IND 2000)
KOWALSKI V. STEWART, 220 F.R.D 599, 602 (D. ARIZ 2004)
DAVIS V. KELLY, 160 F.3d 917, 921 (2d CIR 1998)
CARMONA V. TOLEDO, 215 F.3d 124, 134-35 (1st CIR 2000)
WELLMAN V. FAULKER, 715 F.2d 269, 275 (7th CIR 1983)
GILLESPIE V. CIVILETTI, 629 F.2d 637, 642-43 (9th CIR 1980)

PLAINTIFF/GIBSON, STATES THE ABOVE IS OFFER OF PROOF, THAT IS ESSENTIAL AND CRUCIAL IN IDENTIFYING THE UNNAMED/VARIOUS OTHER PRISON OFFICIALS, DEFENDANTS IN THIS CASE.

RESPECTFULLY SUBMITTED

DATE: 12-8-17

MR. C... L. Gibson

[signature]

SCI-Fayette, Box 9999
LaBelle, PA. 15450-0999

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Markis L. Gibson # KE-5077
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

Inmate Mail-Pa
Department of Corrections

U.S. POSTAGE PITNEY BOWES
ZIP 15450 $ 000.46
02 4W
0000354482 DEC. 12. 2017

Office of the Clerk
United States District Court
Middle District of Pennsylvania,
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
PO Box 1148
Scranton, PA. 18501-1148

RECEIVED
SCRANTON

DEC 1 5 2017

PER [signature]
DEPUTY CLERK

18501$1148 B099
INMATE MAIL - DEPARTMENT OF CORRECTIONS