IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL OSCAR ALTMANN, | : | |
| Petitioner, | : | 1:17-cv-0047 |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| SUPT. LAWRENCE P. MAHALLY, et al., | : | |
| | : | |
| Respondents. | : | |

## **ORDER**

**November 16, 2018**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. *See* R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge